UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.   3:09cv-677-H

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A. and J.P. MORGAN SECURITIES INC.,** | ) ) ) ) | **Electronically Filed** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | **PLAINTIFFS' RULE 7.1** <br> **DISCLOSURE STATEMENT** |
| **DONALD F. KOHLER, JR., JAMES K. MILLER, JR., JERRY W. TYLER, JR., JACQUELINE M. CLAY, REGINA J. HAMMEL, LOVELLA G. MCKIM and GENE R. RICE,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

\*\* \*\* \*\* \*\* \*\*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs JPMorgan Chase Bank, N.A. and J.P. Morgan Securities Inc., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:  JPMorgan Chase & Co.

Respectfully submitted,

TACHAU MEEK PLC
Dustin E. Meek
Katherine E. McKune

s/Dustin E. Meek
2400 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3116
Phone:  (502) 238-9900
Telecopy:  (502) 238-9910
dmeek@tachaulaw.com
kmckune@tachaulaw.com

and

Leonard Weintraub
(*pro hac vice* admission pending)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2009, a copy of Plaintiff's Rule 7.1 Disclosure Statement was served by electronic mail to the following:

| | |
|---|---|
| Joseph B. Alonso | Charles W Dobbins, Jr. |
| Charles M. Dalziel, Jr. | William J. Walsh |
| Brock, Clay, Calhoun & Rogers, LLC | Tilford Dobbins Alexander Buckaway |
| 49 Atlanta Street | & Black PLLC |
| Marietta, Georgia 30060 | 401 W. Main Street, Suite 1400 |
| Tel: 770.422.1776 | Louisville, KY  40202 |
| Fax: 770.426.6155 | cdobbins@tilfordlaw.com |
| jalonso@brockclay.com | wwalsh@tilfordlaw.com |
| cdalziel@brockclay.com | |

s/Dustin E. Meek
*Counsel for Plaintiffs*