⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____KENTUCKY_____

LOUISVILLE DIVISION

JPMORGAN CHASE BANK, N.A., et al.

V.

**SUMMONS IN A CIVIL ACTION**

DONALD KOHLER

CASE NUMBER: 3:09-cv-677-H

TO: (Name and address of Defendant)

Donald Kohler
7204 Edmonson Place
Prospect, Kentucky 40059

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dustin E. Miller
Katherine E. McKune
Tachau Meek PLC
2400 National City Tower
101 S. Fifth St.
Louisville, KY 40202-3115

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON

CLERK

(By) DEPUTY CLERK

DATE 9/1/09

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>September 2, 2009 |
| NAME OF SERVER *(PRINT)*<br>Dustin E. Meek | TITLE<br>Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By agreement of parties and in lieu of other service, I hand-delivered a copy of this Summons, to Tilford Dobbins Alexander Buckaway, counsel for Defendant on September 2, 2009. See attached correspondence.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 2, 2009         s/Dustin E. Meek
                    *Date*                *Signature of Server*

Dustin E. Meek
101 South Fifth Street, Ste 2400
Louisville, KY  40202
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# TACHAU MEEK

September 2, 2009

**By Hand Delivery**

Charles W. Dobbins, Jr.
TILFORD DOBBINS ALEXANDER BUCKAWAY
& BLACK PLLC
401 W. Main Street, Suite 1400
Louisville, KY 40202

  Re: *JPMorgan Chase Bank. N.A., et al. v. Kohler, et al.*, No. 3:09-CV-677

Dear Chuck:

  Pursuant to Joseph Alonso's agreement to accept service on behalf of the defendants, I have sent with this letter a separate summons for Messrs. Kohler, Miller, Tyler, and Rice, and Mmes. Clay, Hammel, and McKim. This letter confirms service of process on each of the defendants, effective at delivery.

  If you have any questions or concerns, please let me know immediately.

       Sincerely,

       */s/ Dustin*
       Dustin E. Meek
       Direct Dial: 502.238.9902

cc:  Leonard Weintraub (via email)

Tachau Meek PLC
2400 National City Tower
101 South 5th Street
Louisville, KY 40202-3115
phone 502.238.9900
fax 502.238.9910
tachaulaw.com