UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:09-CV-677H

J.P. MORGAN CHASE BANK, N.A. and )
J.P. MORGAN SECURITIES INC.,      )
                                  )
          Plaintiffs,             )
     v.                           )
                                  )
                                  )
DONALD F. KOHLER, JR., JAMES K.   )
MILLER, JR., JERRY W. TYLER, JR., )
JACQUELINE M. CLAY, REGINA J.     )
HAMMEL, LOVELLA G. MCKIM and      )
GENE R. RICE                      )
                                  )
          Defendants.             )

## MOTION FOR ENTRY OF CONSENT ORDER FOR DISSOLUTION OF PRELIMINARY INJUNCTION

On September 8, 2009, this Court entered a Preliminary Injunction requiring the parties to proceed to arbitration. That Order was to "remain in full force and effect until further order of the Court or decision by a duly appointed panel of FINRA arbitrators." Order ¶ 5.

The Defendants hereby give notice that on October 11, 2009, the parties reached an agreement in the form of a Stipulated Order signed by the FINRA Arbitration Panel that addressed the Plaintiffs' claims for injunctive relief. Therefore, the Defendants respectfully request that the Court enter the attached Consent Order Dissolving Preliminary Injunction.

Respectfully submitted

BROCK CLAY CALHOUN & ROGERS LLC


By:_____/s/_____
Joseph Alonso, GA Bar No. 013627
49 Atlanta Street
Marietta, Georgia 30060
Telephone: 770-422-176
Facsimile: 770-426-6155

TILFORD DOBBINS ALEXANDER
BUCKAWAY & BLACK, PLLC


By:_____/s/_____
Charles W. Dobbins, Jr.
1400 One Riverfront Plaza
401 West Maine Street
Louisville, Kentucky 40202
Telephone: 502-584-6137
Facsimile: 502-584-2318

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I served a true and accurate copy of the foregoing Motion and Order by US Mail and Email on the following:

Dustin E. Meek
Tachau Meek PLC
2400 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202

Leonard Weintraub
Paduano & Weintraub LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020

/s/
Joseph B. Alonso

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:09-CV-677H

| | |
|---|---|
| J.P. MORGAN CHASE BANK, N.A. and J.P. MORGAN SECURITIES INC., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) ) |
| DONALD F. KOHLER, JR., JAMES K. MILLER, JR., JERRY W. TYLER, JR., JACQUELINE M. CLAY, REGINA J. HAMMEL, LOVELLA G. MCKIM and GENE R. RICE | ) ) ) ) ) |
| Defendants. | ) |

## CONSENT ORDER DISSOLVING PRELIMINARY INJUNCTION

For good cause shown, the Preliminary Injunction issued by the Court on September 8, 2009 is hereby dissolved.

IT IS SO ORDERED

                                                                  Judge John G. Heyburn II
                                                 United States District Court